UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES C. LANDINGHAM, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 08 0833 |
| HARLEY LAPPIN *et al.*, | ) ) ) |
| Defendants. | ) |

TRANSFER ORDER

This matter is before the Court on plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. Plaintiff is a prisoner incarcerated in the Federal Correctional Camp at Yazoo City, Mississippi. He alleges that the prison conditions violate his Fifth and Eighth Amendment rights, and sues his warden and former warden, the American Correctional Association and the Director of the Federal Bureau of Prisons. He seeks monetary damages of $12.9 million.

The events forming the basis of the complaint are not alleged to have occurred in the District of Columbia; thus, this venue is not proper for litigating these claims. S*ee* 28 U.S.C. § 1391(b) (designating the proper venue under the circumstances presented as the location where the defendants are located and where a substantial part of the events occurred). The Court finds it in the interests of justice and judicial economy to transfer the case. Accordingly, it is this 30th day of April 2008,

ORDERED that, pursuant to 28 U.S.C. § 1406(a), this action is hereby TRANSFERRED to the United States District Court for the Southern District of Mississippi. The Clerk of this Court shall file and docket the complaint. Whether plaintiff should be permitted to proceed further without prepayment of fees is a determination to be made by the transferee court.

Royce C. Lamberth
United States District Judge